UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ATAKAPA INDIAN DE CREOLE NATION AKA MOSES EXPRESS SPENDTHRIFT TRUST

CIVIL ACTION

NO. 22-00539-BAJ-RLB

### RULING AND ORDER

Before the Court is Plaintiff's **Motion For Remand Or In The Alternative Motion To Dismiss Notice Of Removal For Want Of Jurisdiction (Doc. 3, the "Motion")**. Interested Party the United States of America, and Intervenor the State of Louisiana each oppose Plaintiff's Motion. (Docs. 13, 25).

On October 19, 2022, the Magistrate Judge issued a **Report and Recommendation (Doc. 34, the "R&R")**, recommending that Plaintiff's Motion be denied because this action—which involves a challenge to the constitutionality and validity of the 1803 Louisiana Purchase Treaty and the (Louisiana) Enabling Act of 1811—plainly is a "civil action" commenced in State court that is "against or directed to" the United States, and therefore properly removed to federal court pursuant to 28 U.S.C. § 1442. (R&R at pp. 9-12). Plaintiff objects to the R&R. (Doc. 34).

Upon de novo review, and having carefully considered Plaintiff's Motion, the underlying state court record, the United States' opposition, the State of Louisiana's opposition, Plaintiff's objection, and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

IT IS ORDERED that Plaintiff's **Motion For Remand Or In The Alternative Motion To Dismiss Notice Of Removal For Want Of Jurisdiction (Doc. 3)** be and is hereby **DENIED**.

Baton Rouge, Louisiana, this 8th day of November, 2022

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA