UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: ATAKAPA INDIAN DE CREOLE NATION *AKA* "TRIBE OF מֹשֶׁה†MOSES" EXPRESS SPENDTHRIFT TRUST | CIVIL ACTION<br><br>NO. 22-00539-BAJ-RLB |

## RULING AND ORDER

Having failed to make any showing that would cause this Court to second-guess its determination that this action is but one more installment in a series of litigation that is wholly without merit and entirely frivolous, *see Atakapa Indian de Creole Nation v. Louisiana*, 943 F.3d 1004 (5th Cir. 2019),

**IT IS ORDERED THAT** Plaintiff's **Motion For New Trial (Doc. 57)** be and is hereby **DENIED**.

Baton Rouge, Louisiana, this 31st day of May, 2023

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA